```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 39406
   WALLY READY
   TRACY READY                                  CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2202     SSN XXX-XX-3497

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 09/22/2005 and was confirmed 11/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  13.36% from remaining funds.

     The case was paid in full 05/12/2008.
----------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
----------------------------------------------------------------------
CHASE BANK USA NA           SECURED            400.00        16.04         400.00
COUNTRYWIDE HOME LOANS      CURRENT MORTG        .00           .00           .00
COUNTRYWIDE HOME LOANS      CURRENT MORTG        .00           .00           .00
WFS FINANCIAL               SECURED          22565.00       1981.16       22565.00
WFS FINANCIAL               UNSECURED         2139.86          .00         285.82
RESURGENT CAPITAL SERVIC    UNSECURED         4282.71          .00         572.04
CHASE                       UNSECURED        NOT FILED         .00           .00
ECAST SETTLEMENT CORP       UNSECURED OTH     481.71          .00          64.15
KEY EDUCATIONAL RESOURCE    UNSECURED        NOT FILED         .00           .00
KOHLS                       UNSECURED          710.57          .00          94.91
ECAST SETTLEMENT CORP       UNSECURED        19406.18         .00        2592.08
ECAST SETTLEMENT CORP       UNSECURED        37043.67         .00        4947.92
ECAST SETTLEMENT CORP       UNSECURED         4084.54         .00         545.57
ECAST SETTLEMENT CORP       UNSECURED         1173.91         .00         156.80
CHASE BANK USA NA           UNSECURED         1356.72         .00         181.22
KEYBANK USA                 UNSECURED         2605.79         .00         348.06
ECAST SETTLEMENT CORP       UNSECURED         8958.59         .00        1196.60
STUART B HANDELMAN          DEBTOR ATTY      1,200.00                    1,200.00
TOM VAUGHN                  TRUSTEE                                      2,452.63
DEBTOR REFUND               REFUND                                           .00

       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE           39,600.00

PRIORITY                                      .00
SECURED                                 22,965.00
    INTEREST                             1,997.20
UNSECURED                               10,985.17
ADMINISTRATIVE                           1,200.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 39406 WALLY READY & TRACY READY
```

```
TRUSTEE COMPENSATION                                          2,452.63
DEBTOR REFUND                                                      .00
                                     ----------------    ----------------
TOTALS                                      39,600.00          39,600.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                       /s/ Tom Vaughn
  Dated: 08/27/08                     _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```